

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Devante Dewayne Maxwell,

Vs. No. 11-14-00073-CR

The State of Texas,

* From the 142nd District
  Court of Midland County,
  Trial Court No. CR40292.

* December 11, 2014

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)


This court has considered Devante Dewayne Maxwell's motion for nonsuit and dismissal of his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.